IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN BLUFF DIVISION

TYRONE V. MOSES                                                    PLAINTIFF
ADC #153122

v.                           No. 4:12-cv-489-DPM-JTK

WINTER, *et al.*                                                   DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 12*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b), and for legal error, the Court adopts the proposal as its own. Moses's claims against Defendants McClinton, Byrd, and Faulkner County are dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2012